ACCEPTED
01-14-00379-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/18/2015 1:55:22 PM
CHRISTOPHER PRINE
CLERK

# JONES DAY

717 TEXAS • SUITE 3300 • HOUSTON, TEXAS 77002.2712

TELEPHONE: +1.832.239.3939 • FACSIMILE: +1.832.239.3600

Direct Number: (832) 239-3753
egmyers@jonesday.com

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/18/2015 1:55:22 PM
CHRISTOPHER A. PRINE
Clerk

September 18, 2015

**VIA E-FILE**

Hon. Christopher A. Prine, Clerk
First Court of Appeals
301 Fannin Street
Houston, TX 77002

Re: *Mose A. Guillory and Mary Guillory vs. Seaton, LLC d/b/a Staff Management,* Cause No. 01-14-00379-CV in the Court of Appeals for the First Judicial District of Texas at Houston

Dear Mr. Prine:

Pursuant to Texas Rule of Appellate Procedure 49.2, Appellee Seaton, LLC d/b/a Staff Management files this letter to inform the Court that it does not plan to file a response to the motion for rehearing filed by Appellants Mose Guillory and Mary Guillory, unless requested to do so by the Court.

Very truly yours,

*s/Elizabeth G. Myers*
Elizabeth G. Myers

cc:     VIA E-SERVICE
        Bradford J. Gilde
        Counsel for Appellant
        GILDE LAW FIRM
        55 Waugh Dr., Suite 800
        Houston, TX 77007
        bjg@gildelawfirm.com

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID
MEXICO CITY • MIAMI • MILAN • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON